**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **EDMOND SORGHO,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**LUIS SOTO, et al.,**<br><br>**Respondents.** | **Civil Action No. 26-12705 (SDW)**<br><br>**ORDER** |

This matter comes before this Court on Petitioner Edmond Sorgho's petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") (ECF No. 1), Respondents' answer in opposition (ECF No. 5), and Petitioner's reply (ECF No. 8). For the reasons set forth in the accompanying Opinion filed herewith,

**IT IS** on this 4th day of November, 2026

**ORDERED** that the Petition at ECF No. 1 is **GRANTED AS MODIFIED**. Respondents shall provide petitioner with an individualized bond hearing pursuant to 8 U.S.C. § 1226(a) before an immigration judge within 7 days of this Order; and it is further

**ORDERED** that Petitioner, or his counsel, shall have notice of the bond hearing, a reasonable opportunity to prepare, and be permitted to reschedule the hearing without seeking this Court's intervention. The rescheduled date may be outside of the 7-day period at Petitioner's request; and it is further

**ORDERED** that any restrictions imposed by this Court on Petitioner's location shall remain in place until the bond hearing has been conducted; and it is finally

**ORDERED** that the Clerk shall **CLOSE** this case.

Hon. Susan D. Wigenton,
United States District Judge